UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**IN RE:**

RICHARD L CISEWSKI
KARLA M CISEWSKI
Debtor(s)

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

**CASE NO. BKY 06-30389 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Midwest Wireless in the amount of $162.90, were unclaimed.

CREDITOR:
Midwest Wireless
PO Box 4069
Mankato, MN 56002

CLAIM NUMBER:
153

AMOUNT:
$162.90

ACCOUNT NUMBER:
011-0225129-1

**Jasmine Z. Keller, Trustee**

Dated: June 30, 2010

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee